IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Joan Ada Gividen,<br><br>    Defendant. | CR 09-01185-TUC-JMR (JCG)<br><br>**REPORT AND RECOMMENDATION FOR ACCEPTANCE OF WAVIER OF TRIAL BY JURY** |

On June 28, 2010, in open court, Defendant Joan Ada Gividen signed a Waiver of Trial by Jury. Defendant was advised: (1) of her right to have a trial by twelve jurors who would consist of citizens of this District; (2) that she and her attorney would help select the jurors; (3) that she could not be found guilty unless all twelve of the jurors unanimously concluded that she was guilty; and (4) that if she waived her right to a jury trial, the judge alone would decide her guilt or innocence. The Defendant stated that she understood her rights and the role of the jury, and that no threats or promises had been made to her to cause her to give up her right to a trial by jury. The Defendant indicated that she elected to waive her right for the purpose of having an expedited trial on July 12, 2010. The Defendant further indicated that the waiver was conditional and that if trial could not be held in mid-July, that she intended to exercise her right to trial by jury on her previously designated trial date of August 24, 2010.

1       The government does not object to the Defendant's request for a bench trial.

2       Based on the foregoing, the Magistrate Judge concludes that the Defendant's waiver of a jury trial is voluntary, knowing and intelligent and recommends that the District Court accept the waiver.

      Any objections to this recommendation should be filed within three days of the date of this order, or such objections shall be considered waived.

      DATED this 28th day of June, 2010.

*/s/ Jennifer C. Guerin*
Jennifer C. Guerin
United States Magistrate Judge