IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | CR 09-1185-TUC-JMR(JCG) |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| Joan Ada Gividen, | ) | |
| | ) | |
| Defendant(s). | ) | |

No objections having been filed,

**IT IS ORDERED** that the District Court **ADOPTS** the Report and Recommendation of the Magistrate Judge dated June 28, 2010.

DATED this 2nd day of July, 2010.

John M. Roll
Chief United States District Judge